

FILED

2018 AUG -9 PM 4:57

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

KEITH KIRCHOFF
MICHAEL ANDREWS
  a/k/a "Clutch"
ANDREW SHETTLER
  a/k/a "Yeti"

CASE NO. 6:18-cr-183-orl-41 DCI
21 U.S.C. § 846
18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about March 14, 2018, and continuing through on or about March 22, 2018, in the Middle District of Florida, and elsewhere, the defendants,

KEITH KIRCHOFF
MICHAEL ANDREWS
a/k/a "Clutch"
and
ANDREW SHETTLER
a/k/a "Yeti,"

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance.

With respect to KEITH KIRCHOFF, MICHAEL ANDREWS, a/k/a "Clutch," and ANDREW SHETTLER, a/k/a "Yeti," the violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about March 21, 2018, in the Middle District of Florida, and elsewhere, the defendant,

KEITH KIRCHOFF,

did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy with the intent to distribute a controlled substance, as alleged in Count One above, Count One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: .38 caliber Taurus firearm.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

           A TRUE BILL,

           _____
           Foreperson

MARIA CHAPA LOPEZ
United States Attorney


By: _____
   Sean P. Shecter
   Assistant United States Attorney


By: _____
   Roger B. Handberg
   Assistant United States Attorney
   Chief, Orlando Division

FORM OBD-34
August 18

No. 

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

KEITH KIRCHOFF
MICHAEL ANDREWS
a/k/a "Clutch"
ANDREW SHETTLER
a/k/a "Yeti"

**INDICTMENT**

Violations: 21 U.S.C. §§ 846 and 18 U.S.C. § 924(c)

A true bill,

_____
Foreperson

Filed in open court this 9th day of August, 2018.

_____
Deputy Clerk

Bail $_____